MAUDE E. BOUTON, on Behalf of Herself and All Principals, etc., Respondent, v. CHARLES H. VAN BUREN and SAMUEL W. DAY, Copartners, etc., Appellants, and JAMES JENKINS, as General Assignee of JOHN D. KLINE for the Benefit of Creditors, Defendant.— Motion granted, and question certified as follows: Does the complaint state facts sufficient to constitute a cause of action against the defendants Van Buren and Day?

CONRAD C. KLEE, as Administrator with the Will Annexed of the Estate of C. FRED HESS, Deceased, Plaintiff, v. CLEMENTINE S. HESS and NORTH-WESTERN MUTUAL LIFE INSURANCE COMPANY, Defendants.— The computations have been submitted to the court pursuant to the opinion herein [See 188 App. Div. 322]; and the court approves of the computations made by the plaintiff, namely, that $5,379.47 of the insurance money belongs to the plaintiff, he being entitled to all of the Security Mutual policy No. 96,514, $3,003.87, and to $2,375.60 of the Security Mutual policy No. 92,532, which amounts have been paid to the defendant Clementine S. Hess; and the plaintiff is entitled to interest thereon from the time of such payment. Judgment may be entered according to the opinion, upon the above basis. All concur. Lyon, J., not voting, not being a member of the court. Kiley, J., not sitting.

EDWARD LEWIS, Appellant, v. GEORGE SMITH and Others, Respondents.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of Mrs. MAJA NORMAN for Compensation under the Workmen's Compensation Law, for the Death of LOUIS NORMAN, v. MERRITT & CHAPMAN DERRICK AND WRECKING COMPANY, Employer; NEW AMSTERDAM CASUALTY COMPANY, Insurance Carrier; GENERAL CONTRACTING AND ENGINEERING COMPANY, Employer, and EMPLOYERS' LIABILITY ASSURANCE CORPORATION, Insurance Carrier.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of NORA JACKSON, Dependent Mother, Respondent, for Compensation under the Workmen's Compensation Law, for the Death of CHARLES JACKSON, Claimant, v. McCLINTIC-MARSHALL COMPANY, Employer, and LIBERTY MUTUAL INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law for the Death of MARTIN STEMPFLER, v. J. RHEINFRANK & COMPANY, Employer; THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellant.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of CHARLES MOSHER, Respondent, for Compensation under the Workmen's Compensation Law, v. THOMAS C. LUTHER, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award modified by providing for ninety per cent of the loss of the vision, instead of an entire loss, and by crediting fifty-one dollars previously paid to the claimant thereon, and as so modified unanimously affirmed.